1  EDWARD YUN, Bar No. 258245
   E-mail: eyun@weidmannlaw.com
2  JI-IN LEE, Bar No. 280088
   E-mail: jlee@weidmannlaw.com
3  WEIDMANN & YUN, PC
   1880 Century Park East, Suite 817
4  Los Angeles, CA 90067-9699
   Telephone: 310.201.9699
5  Facsimile:   310.201.9698

6  Attorneys for Plaintiff
   SONIA PANTOJA
7

8  SHANNON R. BOYCE, Bar No. 229041
   E-mail: sboyce@littler.com
9  JUDY M. IRIYE, Bar No. 211360
   E-mail: jiriye@littler.com
10 LITTLER MENDELSON
   A Professional Corporation
11 2049 Century Park East
   5th Floor
12 Los Angeles, CA  90067.3107
   Telephone:  310.553.0308
13 Facsimile:   310.553.5583

14 Attorneys for Defendants
   ALTERRA HEALTHCARE CORPORATION,
15 BROOKDALE SENIOR LIVING, INC., AND
   BROOKDALE SENIOR LIVING
16 COMMUNITIES, INC.

17                UNITED STATES DISTRICT COURT
18                CENTRAL DISTRICT OF CALIFORNIA
19

20 SONIA PANTOJA,                    | Case No.  ED CV-10-777 DMG (PLAx)

21            Plaintiff,             | **ORDER DISMISSING ACTION WITH PREJUDICE [15]**

22    v.

23 ALTERRA HEALTHCARE
   CORPORATION, BROOKDALE
24 SENIOR LIVING, INC.,
   BROOKDALE SENIOR LIVING
25 COMMUNITIES, INC. and DOES, 1
   to 100, inclusive,
26
            Defendants.
27
28

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

1  After reviewing the Parties' Stipulation Re Order Dismissing Lawsuit With Prejudice, and good cause appearing therefor, IT IS HEREBY ORDERED, ADJUDGE AND DECREED THAT this action and each claim for relief therein is hereby dismissed with prejudice. Each party is to bear her or its own costs and attorneys' fees associated with the prosecution and defense of this matter.

**IT IS SO ORDERED.**

Dated: March 14, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308